ORDERED UNSEALED on 05/10/2024 s/ andreasar
SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARCOS MACIAS, Defendant. | Case No.: '24 MJ1613<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Ammunition |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about April 1, 2024, within the Southern District of California, defendant MARCOS MACIAS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: five rounds of SIG .40 caliber ammunition, one round of Federal .40 caliber ammnution, one round of Blazer .40 caliber ammunition, and one round of RP .40 caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

AUSTIN SAILOR
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 24thday of April 2024.

HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On April 1, 2024, at approximately 5:45 p.m., Officers with Oceanside Police Department's Gang Suppression Unit were patrolling near the intersection of College Boulevard and Marron Road, which is within the Southern District of California. That area of Oceanside is referred to as the "Tri City" and is contested turf by rival criminal gangs, including the Tri City Thunder Hills, the Vista Home Boys, and the Street Villans. The area has recently experienced an increase in vandalism (graffiti tagging) among those gangs.

While patrolling that area, police observed two adult males jump the fence separating the Quarry Creek Shopping Center from College Road and begin walking northbound. Those individuals were later identified as Marcos MACIAS and a male with the initials C.M. The area near where MACIAS and C.M. jumped the fence is known to police to have chronic issues with crime, including trespassing, drug use, and vandalism. As MACIAS and C.M. walked, police observed two additional males jumping the same fence near the same area from which MACIAS and C.M. had emerged. However, those males jumped back across and fled in the opposition direction after seeing police.

Police instructed MACIAS and C.M. to sit on the curb while police investigated the area behind the fence. Police observed recent tagging associated with the Tri City Thunder Hills Gang on the wall behind the fence. Police instructed MACIAS and C.M. to put their hands behind their back and MACIAS initially refused the police commands. MACIAS continued to resist officer attempts to detain him in handcuffs with his hands behind his back, but ultimately complied. Police asked MACIAS whether he had a gun and MACIAS replied "yes sir" and told police the gun was in his waistband. A search of MACIAS revealed an unserialized handgun loaded with approximately 8 rounds of .40 caliber ammunition. The ammunition in MACIAS' firearm included approximately five rounds of SIG .40 caliber ammunition, one round of Federal .40 caliber ammnution, one round of Blazer .40 caliber ammunition, and one round of RP .40 caliber ammunition.

Records checks on MACIAS revealed the following relevant criminal history:

//

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 8/15/2019 | CASC – Vista | Cal P.C. § 487(A)—Grand Theft Labor/Money/Property (Felony) | 180 Days Jail |
| 8/15/2019 | CASC – Vista | Cal P.C. § 530.5(A)—Identity Theft (Felony) | 187 Days Jail |

The ammunition was seized and inspected. Preliminary checks revealed that noen of the the ammunition was manufactured in California. Therefore, the assorted rounds of ammunition had traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.